IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,
WELFARE & ANNUITY FUNDS,**

**Plaintiff,**

**v.**

**EHRET PLUMBING & HEATING CO.,
INC., MICHAEL S. EHRET, individually,
and MARK M. EHRET, SR., individually,**

**Defendants.** No. 07-CV-664-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

Now before the Court is Plaintiff's notice of voluntary dismissal without prejudice filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**. (Doc. 11.)

**IT IS ORDERED** that this matter is hereby voluntarily dismissed without prejudice.

**IT IS SO ORDERED.**

Signed this 4th day of April, 2008.

/s/     David R. Herndon
**Chief Judge
United States District Court**